UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00195-2MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DETRICK RAYSHAWN GADDY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's letter filed July 17, 2013, which the court deemed to be a Motion for Sentence Reduction under Rule 35, Federal Rules of Criminal Procedure (#45), the court's <u>Castro</u> Order advising defendant of his rights and the consequences of treating such letter as a Section 2255 motion, and defendant's timely responsive letter (#48). In his responsive letter, defendant states that he does not wish to have his previous letter treated as a Section 2255 motion. Based on such response, the court will not construe such letter as a Section 2255 motion, but, as defendant suggests, deem such earlier letter to have been submitted for informational purposes only.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the letter filed July 17, 2013, previously deemed to be a Motion for Sentence Reduction under Rule 35, Federal Rules of Criminal Procedure (#45), is denied without prejudice as moot and is accepted for informational purposes only.

1

Signed: August 15, 2013

Max O. Cogburn Jr.
United States District Judge